UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

|  |  |  |
|---|---|---|
| KALECIA ROCKNE, individually and as Next Friend of E.R., minor child, and as surviving parent of Baby Rockne, unborn child, and on behalf of the estate of Charlotte Daly, et al., | | |
| Plaintiffs, | | |
| v. | | No. 6:24-CV-065-H |
| J.B. HUNT TRANSPORT, INC., et al., | | |
| Defendants. | | |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that J.B. Hunt Transport, Inc.'s Motion to Dismiss (Dkt. No. 8) should be denied. Dkt. No. 28. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error, including the Magistrate Judge's legal conclusions. *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding none, the Court accepts and adopts the FCR, and in particular its conclusion that the Federal Aviation Administration Authorization Act does not preempt plaintiffs' claims as a result of the Act's safety exception, 49 U.S.C. § 14501(c)(2)(A). *See* Dkt. No. 28 at 16–17 & n.10. The Court denies J.B. Hunt's Motion to Dismiss (Dkt. No. 8).

So ordered on September 2, 2025.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE